966

No. 79-526. BEMIS *v.* CHEVRON RESEARCH CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 79-534. PARRISH *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 79-537. McDANIEL *v.* PATY ET AL.; and CITIZENS FOR COURT MODERNIZATION, INC. *v.* BLANTON, GOVERNOR OF TENNESEE, ET AL. Ct. App. Tenn. Certiorari denied.

No. 79-541. ALLSTON *v.* GRAYDON. Sup. Ct. S. C. Certiorari denied.

No. 79-545. HOLLOWAY *v.* TIMES MIRROR PRESS CO. C. A. 9th Cir. Certiorari denied.

No. 79-547. DALY *v.* TRAVELERS INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 79-550. PERALTA FEDERATION OF TEACHERS LOCAL 1603, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, ET AL. *v.* PERALTA COMMUNITY COLLEGE DISTRICT ET AL. Sup. Ct. Cal. Certiorari denied.

No. 79-551. BELL *v.* NEW YORK STATE LIQUOR AUTHORITY. C. A. 2d Cir. Certiorari denied.

No. 79-559. BEATTIE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79-562. RANKIN *v.* TEXACO INC. C. A. 9th Cir. Certiorari denied.

No. 79-566. MARTINO ET AL. *v.* McDONALD'S SYSTEM, INC., ET AL. C. A. 7th Cir. Certiorari denied.